No. D–447. IN RE DISBARMENT OF THORNELL. Disbarment entered. [For earlier order herein, see 468 U. S. 1223.]

No. D–450. IN RE DISBARMENT OF REISCH. Disbarment entered. [For earlier order herein, see *ante*, p. 808.]

No. D–460. IN RE DISBARMENT OF HINES. Disbarment entered. [For earlier order herein, see *ante*, p. 915.]

No. D–469. IN RE DISBARMENT OF UTERMAHLEN. It is ordered that Warren Douglas Utermahlen, of Milford, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–470. IN RE DISBARMENT OF HAYES. It is ordered that Frank Alan Hayes, of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–812. WALLACE, GOVERNOR OF ALABAMA, ET AL. *v.* JAFFREE ET AL.; and

No. 83–929. SMITH ET AL. *v.* JAFFREE ET AL. C. A. 11th Cir. [Probable jurisdiction noted, 466 U. S. 924.] Motion of appellants in No. 83–929 for leave to file a supplemental brief after argument granted.

No. 83–1329. PONTE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION *v.* REAL. Sup. Jud. Ct. Mass. [Certiorari granted, *ante*, p. 814.] Motion of Barbara A. H. Smith to permit Martin E. Levin, Esquire, to present oral argument *pro hac vice* on behalf of petitioner granted.

No. 83–1569. MITSUBISHI MOTORS CORP. *v.* SOLER CHRYSLER-PLYMOUTH, INC.; and

No. 83–1733. SOLER CHRYSLER-PLYMOUTH, INC. *v.* MITSUBISHI MOTORS CORP. C. A. 1st Cir. [Certiorari granted, *ante*, p. 916.] Motion of International Chamber of Commerce for leave to file a brief as *amicus curiae* granted. Motion of American Arbitration Association for leave to file a brief as *amicus curiae* in No. 83–1569 granted.